UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAVALL T. LEE,

    Plaintiff,

    v.      Case No. 20-C-396

WARDEN PAUL KEMPER, et al.,

    Defendant.

## ORDER

    Plaintiff's "Motion for Opportunity to be Heard" is denied. The nature of the proceedings automatically gives any litigant the opportunity to be heard. Moreover, the court read plaintiff's filings which set forth his position and thereby fully heard his arguments. While the word "heard" suggests the court should listen to oral argument, there is no need or obligation to do so when the parties are given the opportunity to set forth their arguments in writing. Accordingly, the motion is denied.

    Dated at Green Bay, Wisconsin this 14th day of July, 2020.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, District Judge
                                                      United States District Court