U.S. District Court
Wisconsin Eastern

SEP 1 3 2021

FILED
Clerk of Court

LAVALL T. LEE
    (Plaintiff)

  -vs-                                 Case No. # 20-CV-395

WILLIAM JAMES
    (Defendant)

## PLAINTIFF'S PROPOSED VERDICT FORM FOR DEFENDANT WILLIAM JAMES

We the jury, for our special verdict as to defendant William James, do find as follows.

Question No. 1: Did defendant James shift accounts of the incident three times? Answer Yes_____ No_____
If you answered "yes" to question no.1, proceed no further.
If you answered "no" proceed to question no.2

Question No. 2: Are there any affidavits from fellow guards corroborating any of those accounts absent from the record to support James?
Answer Yes_____ No_____
If you answered "yes" to question no.2 proceed no further.
If you answered "no" proceed to question no. 3

Question No. 3: Did supervisor Giernoth determine that the use of force was unnecessary? Answer Yes_____ No_____
If you answered "yes" to question no.3, proceed no further.
If you answered "no" proceed to question no.4

Question No. 4: Did defendant James ignore the other guards report that the situation was under control? Answer yes_____ No_____
If you answered "yes" to question no.4, proceed no further.
If you answered "no" proceed to question no.5

Question No. 5: Did defendant James defy the other officers request not to use the spray so close to them? Answer yes_____ no_____
If you answered "yes" to question no.5, proceed no further.
If you answered "no" proceed to question no.6.

Question No. 6: Did defendant James proceed to pepper spray Lee in the face anyways? Answer Yes_____ No_____
If you answered "yes" to question no.6, proceed no further.
If you answered "no", proceed to question no.7.

Question No. 7: Did defendant James cause events to spiral?
Answer Yes_____ No_____
If you answered "yes" to question no.7, proceed no further.
If you answered "no", proceed to question no.8

Question No. 8: Did investigative staff member Bones determine that defendant James was wrong? Answer Yes_____ No_____
If you answered "yes" to question no.8, proceed no further.
If you answered "no", proceed to question no.9.

Question No. 9: Based on the above facts, did defendant James's actions show malice in deploying the spray in violation of malicious in disregard of the plaintiff's rights?.
Answer Yes_____ No_____

Question No. 10: If you answered "yes" to either questions 1, 3, or 8 what amount of money would fairly and reasonably compensate plaintiff Lee for his pain and suffering, both physically and emotionally?
Answer $_____

Question No. 11: What amount of money should be awarded to Lee to sufficiently punish defendant James and serve as a warning and example to defendant James and others not to engage in similar conduct in the future? In determining the amount of my punitive damages, you should consider the following factors:
*The reprehensibility of defendants conduct:
* The impact of defendants conduct on plaintiff:
* The relationship between plaintiff and defendant:
* The likelihood that defendant James would repeat the conduct if an award of punitive damages is not made:
* The relationship of my award of punitive damages to an amount of actual harm the plaintiff suffered.
Answer $_____.

Dated this_____6_____ day of _____Sept_____2021


Presiding Juror
_____


Dissenting Juror
_____


Dissenting Juror
_____


Lavall T. Lee # 313650
New Lisbon Correctional Inst.
P.O. Box 2000
New Lisbon, WI 53950