UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAVALL T. LEE,

        Plaintiff,

   v.                               Case No. 20-C-396

WILLIAM JAMES,

        Defendant.

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

Counsel have requested that this case be assigned to a magistrate judge for mediation. Therefore, with the full agreement of the parties and pursuant to 28 U.S.C. § 636(b)(3), **IT IS ORDERED** that Magistrate Judge James R. Sickel is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within his discretion. The case shall be returned to me following the mediation effort for further action consistent with the result**.**

Dated at Green Bay, Wisconsin this 15th day of September, 2021.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge