# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

**LAVALL T. LEE,**

          Plaintiff(s),

      v.          **MEDIATION/SETTLEMENT CONFERENCE**
                          Case No. 20-CV-396

**WILLIAM JAMES,**

          Defendant(s).

---

HONORABLE JAMES R. SICKEL, presiding     Proceeding held: December 2, 2021
Deputy Clerk: Lori     Tape: Zoom 120221
Time Commenced: 10:12 am     Time Concluded: 2:12 pm

**Appearances:**

    **Plaintiff(s):**   Laina Petersen Stuebner
                            Lavall T. Lee

    **Defendant(s):**   Brandon T. Flugaur
                                Brad Soldon

---

**THE RECORDING FROM THIS HEARING IS SEALED.**

Mediation conference held.

Status of Case: The case has resolved. The parties will file a Stipulation of dismissal within 30 days.