# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

---

LAVALL T. LEE,

      Plaintiff,

v.

WILLIAM JAMES,

                                          **Case No. 20 CV 396**

      Defendant.

---

## ORDER

---

On December 2, 2021, a mediation was conducted in the above-captioned action which resulted in resolution of the matter.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this case be and hereby is returned to United States District Judge William C. Griesbach for entry of an appropriate Order of Dismissal after the parties finalize settlement documents are filed with the Court, to be done within 30 days of the date of this order.

Dated at Green Bay, Wisconsin, this 3rd day of December, 2021.

                                        BY THE COURT:

                                        s/James R. Sickel
                                        James R. Sickel
                                        United States Magistrate Judge