IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LAVALL LEE,

    Plaintiff,

v.                                      Case No. 20-CV-0396

WILLIAM JAMES,

    Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, hereby stipulate and agree that all claims in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Date: 12/30/2021                        s/Laina P. Stuebner
                                                    LAINA P. STUEBNER
                                                    Conway, Olejniczak, & Jerry S.C.
                                                    State Bar #1121296

                                                    Attorney for Plaintiff

Date:12/30/2021                         s/Bradley P. Soldon
                                                    BRADLEY P. SOLDON
                                                    Assistant Attorney General
                                                    State Bar #1115763

                                                    Attorney for Defendant